| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Pryor, Jr., William H. | 2. Court or Organization<br><br>United States Sentencing Commission | 3. Date of Report<br><br>04/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☑ Nomination     Date 4/15/2013<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/01/2012<br>to<br>4/01/2013 |
| 7. Chambers or Office Address<br><br>1729 Fifth Avenue North<br>Suite 900<br>Birmingham, AL 35203 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Cumberland School of Law |
| 2. | Visiting Professor | University of Alabama School of Law |
| 3. | Director and Vice President | Alabama Center for Law & Civic Education |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Cumberland School of Law | $7,500.00 |
| 2. 2012 | University of Alabama School of Law | $17,500.00 |
| 3. 2011 | University of Alabama School of Law | $10,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Warren, Averett, LLC |
| 2. 2012 | Wilson,Price,Barranco,Blankenship & Billingsley, P.C. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 04/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #1 | | | | | | | | | |
| 2. - TOCQUEVILLE GOLD FUND | B | Dividend | K | T | | | | | |
| 3. IRA #2 | | | | | | | | | |
| 4. - JANUS OVERSEAS | | None | | | | | | | |
| 5. -FIDELITY SELECT MEDICAL DELIVERY | A | Dividend | J | T | | | | | |
| 6. -FIDELITY OTC PORT | | None | | | | | | | |
| 7. -FIDELITY SELECT NATURAL RESOURCES | | None | | | | | | | |
| 8. -FIDELITY SMALL CAP DISCOVERY FUND | B | Dividend | K | T | | | | | |
| 9. -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | K | T | | | | | |
| 10. -PIMCO INCOME FD CL D | B | Dividend | K | T | | | | | |
| 11. -FIDELITY BLUE CHIP GROWTH | A | Dividend | K | T | | | | | |
| 12. IRA #3 | | | | | | | | | |
| 13. -FIDELITY REAL ESTATE INCOME | C | Dividend | L | T | | | | | |
| 14. IRA #4 | | | | | | | | | |
| 15. -FIDELITY SELECT COMPUTERS | | None | | | | | | | |
| 16. -MATTHEWS ASIA SCIENCE & TECHNOLOGY FUND | | None | | | | | | | |
| 17. -FIDELITY SELECT MATERIALS PORTFOLIO | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | K | T | | | | | |
| 19. | -FIDELITY SELECT MULTIMEDIA | A | Dividend | L | T | | | | | |
| 20. | -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | K | T | | | | | |
| 21. | -FIDELITY SELECT NATURAL RESOURCES | | None | | | | | | | |
| 22. | -FIDELITY SELECT MEDICAL DELIVERY | | None | | | | | | | |
| 23. | -FIDELITY SELECT LEISURE | A | Dividend | | | | | | | |
| 24. | -FIDELITY SELECT CHEMICALS | B | Dividend | L | T | | | | | |
| 25. | IRA #7 | | | | | | | | | |
| 26. | -RYDEX ENERGY INVESTOR CLASS | | None | | | | | | | |
| 27. | -FIDELITY SELECT RETAILING | A | Dividend | K | T | | | | | |
| 28. | -FIDELITY SELECT MATERIALS PORTFOLIO | A | Dividend | K | T | | | | | |
| 29. | BROKERAGE ACCT #1 | | | | | | | | | |
| 30. | -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | K | T | | | | | |
| 31. | -FIDELITY SMALL CAP VALUE | | None | J | T | | | | | |
| 32. | -FIDELITY NEW MARKETS INCOME | A | Dividend | | | | | | | |
| 33. | -FIDELITY SELECT PHARMACEUTICAL | A | Dividend | J | T | | | | | |
| 34. | -FIDELITY SELECT LEISURE | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -MATTHEWS CHINA FUND | | None | | | | | | | |
| 36. BROKERAGE ACCT #2 | | | | | | | | | |
| 37. -FIDELITY SELECT BIOTECHNOLOGY | | None | J | T | | | | | |
| 38. -FIDELITY BLUE CHIP GROWTH | | None | | | | | | | |
| 39. -FIDELITY SMALL CAP DISCOVERY FUND | A | Dividend | | | | | | | |
| 40. -CAMBIAR AGGRESSIVE VALUE-INVESTOR | | None | | | | | | | |
| 41. SECTION 401(K)/PROFIT SHARING PLAN #1 | | | | | | | | | |
| 42. -MATTHEWS CHINA FUND | | None | | | | | | | |
| 43. -COHEN&STEERS REALTY SHARES | A | Dividend | | | | | | | |
| 44. -MATTHEWS PACIFIC TIGER FUND | | None | | | | | | | |
| 45. -FIDELITY SELECT TRANSPORT | B | Dividend | | | | | | | |
| 46. -FIDELITY SELECT ENERGY SERVICE | | None | | | | | | | |
| 47. -FIDELITY SELECT MULTIMEDIA | | None | | | | | | | |
| 48. -FIDELITY BLUE CHIP GROWTH | | None | | | | | | | |
| 49. -FIDELITY SELECT CHEMICAL | A | Dividend | | | | | | | |
| 50. -FIDELITY CASH RESERVES | A | Interest | | | | | | | |
| 51. -PIMCO COMDTY REAL RET STRAT INST | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 04/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | -DODGE & COX INTERNATIONAL STOCK | A | Dividend | K | T | | | | | |
| 53. | -FIRST EAGLE OVERSEAS FUND CLASS I | A | Dividend | J | T | | | | | |
| 54. | -FEDERATED INSTL HIGH YLD BD INST | A | Dividend | J | T | | | | | |
| 55. | -PIMCO TOTAL RETURN INSTL | A | Dividend | J | T | | | | | |
| 56. | -VANGUARD TOTAL BD MKT IDX | A | Dividend | J | T | | | | | |
| 57. | -VANGUARD GROWTH INDEX SIGNAL | A | Dividend | J | T | | | | | |
| 58. | -AQR MANAGED FUTURES STRATEGY FUND CLASS I | A | Dividend | J | T | | | | | |
| 59. | -STEELPATH MLP ALPHA FUND CLASS I | A | Dividend | J | T | | | | | |
| 60. | -VANGUARD MIDCAP GROWTH INDEX FUND ADMIRAL | A | Dividend | K | T | | | | | |
| 61. | -VANGUARD MIDCAP VALUE INDEX FUND ADMIRAL | A | Dividend | K | T | | | | | |
| 62. | -LAZARD EMERGING MARKETS MULTI STRATEGY | A | Dividend | K | T | | | | | |
| 63. | -VANGUARD EQUITY INCOME | A | Dividend | K | T | | | | | |
| 64. | -LOOMIS SAYLES BOND INSTL | A | Dividend | J | T | | | | | |
| 65. | -PIONEER STRATEGIC INCOME A | A | Dividend | J | T | | | | | |
| 66. | -T ROWE PRICE REAL ESTATE FUND | A | Dividend | J | T | | | | | |
| 67. | -DFA US MICRO CAP | A | Dividend | J | T | | | | | |
| 68. | -VULCAN VALUE PARTNERS SMALL CAP FUND | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -LEGG MASON CLEARBRIDGE SMALL | A | Dividend | J | T | | | | | |
| 70. -WELLS FARGO STABLE VALUE | | None | J | T | | | | | |
| 71. COMPASS BANK- A/C #1 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Pryor, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 26 | 698 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 771 | 214 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | 194 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – primary residence | | 336 | 361 |
| Real estate owned – personal residence | | 600 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 164 | 193 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 4 | 030 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 336 | 361 |
| | | | | Net Worth | 1 | 229 | 774 |
| Total Assets | 1 | 566 | 135 | Total liabilities and net worth | 1 | 566 | 135 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |